# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
       **Plaintiff,**

  v.                                                  **Case No. 12-CR-88**

**MOHAMMAD UDDIN**
       **Defendant.**

---

## ORDER

**IT IS ORDERED** that an amended judgment issue, pursuant to 18 U.S.C. § 3664(d)(5), setting forth final restitution figures. Defendant's total restitution obligation shall be reduced by $51,394.00, for a final total of $513,674.00, based on findings made at the sentencing of co-defendant Mazher Khan. Payment is due joint and several as follows:

$66,400.00 joint and several with Mohammed Mazharuddin and Maher Sunnokrot;

$58,150.00 joint and several with Mazher Khan;

$220,882.20 joint and several with Shakil Wamiq; and

$7644.00 joint and several with Farrukh Aslam.

Dated at Milwaukee, Wisconsin, this 29th day of July, 2013.

                                        /s Lynn Adelman

                                        _____
                                        LYNN ADELMAN
                                        District Judge